# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0148. KEVIN UPKINS v. THE STATE.**

A jury found Kevin Upkins guilty of armed robbery, and his conviction was affirmed in an unpublished opinion. See *Upkins v. State*, Case No. A14A1952, (decided March 25, 2015). Since then, Upkins has filed several post-conviction motions seeking to challenge his conviction.[1] Recently, Upkins filed an extraordinary motion for new trial. The trial court denied the motion on October 27, 2020, and Upkins filed a direct appeal. We dismissed the appeal based on Upkins' failure to file a discretionary application. See *Upkins v. State*, Case No. A21A0685 (decided Dec. 1, 2020). On December 7, 2020, Upkins filed an application for discretionary appeal from the October 27, 2020 order. The State has filed moved to dismiss the application.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Upkins filed this application 41 days after entry of the order he seeks to appeal. We thus lack jurisdiction to consider the merits of this

---

[1] Upkins has filed other actions in this Court, including: *Upkins v. State*, Case No. A19A1566, (decided March 18, 2019) (dismissing direct appeal from the denial of an extraordinary motion for new trial); and *Upkins v. State*, Case No. A19D0418, (decided May 1, 2019) (denying discretionary review of trial court's order that denied a "motion for de novo hearing" in which defendant argued his conviction was void).

application. Accordingly, the State's motion to dismiss is hereby GRANTED, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  01/05/2021*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*